1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    October 2019 Grand Jury

11   UNITED STATES OF AMERICA,         CR No. 20CR00024 -TJH

12              Plaintiff,             I N D I C T M E N T

13              v.                     [21 U.S.C. §§ 841(a)(1),
                                       (b)(1)(A)(viii): Possession With
14   SONIA GRETHELL DE HOYOS OZUNA,    Intent to Distribute
     NANCY ROSALES-SOTO, and           Methamphetamine]
15   DAVID ROSALES-SOTO,

16              Defendants.

17

18

19

20        The Grand Jury charges:

21     [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. §§ 2(a), (b)]

22                       [ALL DEFENDANTS]

23      On or about December 12, 2019, in Los Angeles County, within the

24   Central District of California, defendants SONIA GRETHELL DE HOYOS

25   OZUNA, NANCY ROSALES-SOTO, and DAVID ROSALES-SOTO, each aiding and

26   abetting the others, knowingly and intentionally possessed, and

27   willfully caused to be possessed, with the intent to distribute at

28

1    least 500 grams of a mixture and substance containing a detectable

2    amount of methamphetamine, a Schedule II controlled substance.

3

4                                            A TRUE BILL

5

6                                            /s/
                                             _____
7                                            Foreperson

8    NICOLA T. HANNA
     United States Attorney
9
     BRANDON D. FOX
10   Assistant United States Attorney
     Chief, Criminal Division
11

12

13   SCOTT M. GARRINGER
     Assistant United States Attorney
14   Deputy Chief, Criminal Division

15   SHAWN J. NELSON
     Assistant United States Attorney
16   Acting Deputy Chief
     General Crimes Section
17
     KEVIN J. BUTLER
18   Assistant United States Attorney
     General Crimes Section
19

20

21

22

23

24

25

26

27

28